RECEIVED
IN LAKE CHARLES, LA.

MAR 27 2015

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JEREMY HOWARD, | * | CIVIL ACTION NO. 2:14-cv-839 |
| Petitioner, | * | |
| v. | * | JUDGE MINALDI |
| WARDEN, RAYBURN CORRECTIONAL CENTER, | * | |
| Respondent. | * | MAGISTRATE JUDGE KAY |

*************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 10] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the objections filed herein [Doc. 11] and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* [Doc. 1], as amended by the subsequent petition for writ of *habeas corpus* [Doc. 5], be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this 27 day of March, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE